UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12427 JLT

VALERIE FLAHERTY, INDIVIDUALLY and as )
PARENT and NEXT FRIEND of )
ETHAN FLAHERTY and )
CHARLES FLAHERTY, )
                                                              Plaintiffs )
                                                              v. )        COMPLAINT AND
                                                                 )        JURY CLAIM
SPENCER COLBY and )
PIONEER VALLEY HOSPITAL, INC., )
                                                            Defendants )

## PARTIES

1. The Plaintiff, Valerie Flaherty ("Plaintiff Mother"), is a citizen of the Commonwealth of Massachusetts and a resident of Sandwich, County of Barnstable, Massachusetts and the Parent and Next Friend of Ethan Flaherty, a minor.

2. The Plaintiff, Charles Flaherty ("Plaintiff Father"), is a citizen of the Commonwealth of Massachusetts and a resident of Sandwich, County of Barnstable, Massachusetts.

3. The Plaintiff, Ethan Flaherty ("minor Plaintiff"), is a minor and brings this action through his Parent and Next Friend, Valerie Flaherty.

4. Upon information and belief, the Defendant, Spencer Colby ("Defendant Colby") is a citizen of Utah and a resident of West Valley City, County of Salt Lake, Utah.

5. Upon information and belief, the Defendant, Pioneer Valley Hospital, Inc. ("Defendant Hospital"), is a Delaware corporation with a principal place of business located in West Valley City, County of Salt Lake, Utah.

6. At all times material hereto, Defendant Colby was a physician duly licensed to practice medicine by and within the State of Utah and represented and held himself out to the public in general, and to the Plaintiffs in particular, as a specialist in obstetrics and gynecology.

*COLUCCI,*
*COLUCCI &*
*MARCUS, P.C.*
552 Adams Street
Milton, Massachusetts 02186
Telephone: (617) 698-6000
Facsimile: (617) 698-1262

## JURISDICTION

7. Jurisdiction lies with this Court pursuant to the provisions of Title 28, Chapter 85, Section 1332 of the United States Code.

## FACTS

8. On or about December 5, 2001, and at all other times material hereto, the Plaintiff Mother was under the Defendants' medical care and treatment.

9. On or about December 5, 2001, and at all other times material hereto, the minor Plaintiff was under the Defendants' medical care and treatment.

10. On or about December 5, 2001, the Plaintiff Mother gave birth to her son, the minor Plaintiff, while under the Defendants' care and treatment.

11. Soon after his birth, the minor Plaintiff's blood oxygen level dropped below normal levels and he began to have trouble breathing.

12. Sometime thereafter, the minor Plaintiff was diagnosed with cerebral palsy.

## COUNT I — NEGLIGENCE

## (PLAINTIFF MOTHER, PPA MINOR PLAINTIFF v. DEFENDANT COLBY)

13. The Plaintiff incorporates herein by reference Paragraphs 1-12, above.

14. At all times material hereto, the Defendant owed to the minor Plaintiff the duty to use that degree of skill and care expected of the average qualified physician and obstetrician/gynecologist, taking into account advances in the profession, and to conform to good medical practice.

15. At all times material hereto, the Defendant fell below the requisite standard of care and did not conform to good medical practice, thereby breaching the duty of care owed by him to the minor Plaintiff.

16. As a direct and proximate result of the Defendant's breach of the requisite duty of care, the minor Plaintiff' was caused to suffer damages, including, without limitation, past and future medical bills, pain and suffering, loss of enjoyment of life, and impaired earning capacity.

17. The minor Plaintiff is entitled to compensation from the Defendant for said damages.

*COLUCCI,*
*COLUCCI &*
*MARCUS, P.C.*
552 Adams Street
Milton, Massachusetts 02186
Telephone: (617) 698-6000
Facsimile: (617) 698-1262

**WHEREFORE**, the minor Plaintiff, Ethan Flaherty, by and through his Parent and Next Friend, Valerie Flaherty, demands judgment as against the Defendant, Spencer Colby, in full, fair, and adequate amount to fully compensate the minor Plaintiff for all of the minor Plaintiff's malpractice-related losses, together with interest and costs.

### COUNT II — NEGLIGENCE

### (PLAINTIFF MOTHER, PPA MINOR PLAINTIFF, v. DEFENDANT HOSPITAL)

18. The Plaintiff incorporates herein by reference Paragraphs 1-17, above.

19. At all times material hereto, the Defendant owed to the minor Plaintiff the duty to use that degree of skill and care expected of the average qualified hospital, taking into account advances in the profession, and to conform to good hospital practice.

20. At all times material hereto, the Defendant, by its acts and/or omissions, by and through one or more of its agents, servants, and/or employees, fell below the requisite standard of care and did not conform to good hospital practice, thereby breaching the duty of care owed by it to the minor Plaintiff.

21. As a direct and proximate result of the Defendant's breach of the requisite duty of care, the minor Plaintiff was caused to suffer damages, including, without limitation, past and future medical bills, pain and suffering, loss of enjoyment of life, and impaired earning capacity.

22. The minor Plaintiff is entitled to compensation from the Defendant for said damages.

**WHEREFORE**, the minor Plaintiff, Ethan Flaherty, by and through his Parent and Next Friend, Valerie Flaherty, demands judgment as against the Defendant, Pioneer Valley Hospital, Inc., in full, fair, and adequate amount to fully compensate the minor Plaintiff for all of the minor Plaintiff's malpractice-related losses, together with interest and costs.

### COUNT III — LOSS OF CONSORTIUM — CHAPTER 231, SECTION 85X OF THE MASSACHUSETTS GENERAL LAWS

### (PLAINTIFF MOTHER v. DEFENDANT COLBY)

23. The Plaintiff incorporates herein by reference Paragraphs 1-22, above.

24. As a direct and proximate result of the Defendant's negligence, the Plaintiff has suffered damages, including the deprivation of the minor Plaintiff's services, protection, care, assistance, society, companionship, comfort, guidance, counsel, and advice.

25. The Plaintiff is entitled to compensation from the Defendant for said damages.

   **WHEREFORE**, the Plaintiff, Valerie Flaherty, demands judgment as against the Defendant, Spencer Colby, in full, fair, and adequate amount to fully compensate the Plaintiff for all of the Plaintiff's malpractice-related losses, together with interest and costs.

### COUNT IV — LOSS OF CONSORTIUM — CHAPTER 231, SECTION 85X OF THE MASSACHUSETTS GENERAL LAWS

### (PLAINTIFF MOTHER v. DEFENDANT HOSPITAL)

26. The Plaintiff incorporates herein by reference Paragraphs 1-25, above.

27. As a direct and proximate result of the Defendant's negligence, the Plaintiff has suffered damages, including the deprivation of the minor Plaintiff's services, protection, care, assistance, society, companionship, comfort, guidance, counsel, and advice.

28. The Plaintiff is entitled to compensation from the Defendant for said damages.

   **WHEREFORE**, the Plaintiff, Valerie Flaherty, demands judgment as against the Defendant, Pioneer Valley Hospital, Inc., in full, fair, and adequate amount to

*COLUCCI, COLUCCI & MARCUS, P.C.*
552 Adams Street
Milton, Massachusetts 02186
Telephone: (617) 698-6000
Facsimile: (617) 698-1262

fully compensate the Plaintiff for all of the Plaintiff's malpractice-related losses, together with interest and costs.

### COUNT V — LOSS OF CONSORTIUM — CHAPTER 231, SECTION 85X OF THE MASSACHUSETTS GENERAL LAWS

### (PLAINTIFF FATHER v. DEFENDANT COLBY)

29. The Plaintiff incorporates herein by reference Paragraphs 1-28, above.

30. As a direct and proximate result of the Defendant's negligence, the Plaintiff has suffered damages, including the deprivation of the minor Plaintiff's services, protection, care, assistance, society, companionship, comfort, guidance, counsel, and advice.

31. The Plaintiff is entitled to compensation from the Defendant for said damages.

**WHEREFORE**, the Plaintiff, Charles Flaherty, demands judgment as against the Defendant, Spencer Colby, in full, fair, and adequate amount to fully compensate the Plaintiff for all of the Plaintiff's malpractice-related losses, together with interest and costs.

### COUNT VI — LOSS OF CONSORTIUM — CHAPTER 231, SECTION 85X OF THE MASSACHUSETTS GENERAL LAWS

### (PLAINTIFF FATHER v. DEFENDANT HOSPITAL)

32. The Plaintiff incorporates herein by reference Paragraphs 1-31, above.

33. As a direct and proximate result of the Defendant's negligence, the Plaintiff has suffered damages, including the deprivation of the minor Plaintiff's services, protection, care, assistance, society, companionship, comfort, guidance, counsel, and advice.

34. The Plaintiff is entitled to compensation from the Defendant for said damages.

**WHEREFORE**, the Plaintiff, Charles Flaherty, demands judgment as against the Defendant, Pioneer Valley Hospital, Inc., in full, fair, and adequate amount to fully compensate the Plaintiff for all of the Plaintiff's malpractice-related losses, together with interest and costs.

## JURY DEMAND

The Plaintiffs claims their right to a trial by jury of all claims so triable asserted at any time, and of all defenses asserted at any time by any current or later-named defendant(s) or impleaded third party defendant(s).

Respectfully submitted,

The Plaintiffs,
By their Attorneys,

COLUCCI, COLUCCI & MARCUS, P.C.

_____
Dino M. Colucci
BBO# 552331
552 Adams Street
Milton, MA 02186
(617) 698-6000

Dated: December 2, 2003

*COLUCCI,*
*COLUCCI &*
*MARCUS, P.C.*
552 Adams Street
Milton, Massachusetts 02186
Telephone: (617) 698-6000
Facsimile: (617) 698-1262