# UNITED STATES DISTRICT COURT

District of _____

MASSACHUSETTS

Charles Flaherty
Valerie Flaherty individually and
PPA Ethan Flaherty

V.

Pioneer Valley Hospital, Inc. and
Spencer Colby

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 CV 12427 JLT

TO: (Name and address of Defendant)

Spencer Colby
6558 S. Pilot Peak Circle
W. Jordan, UT

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dino M. Colucci, Esquire
COLUCCI, COLUCCI & MARCUS, P.C.
552 Adams Street
Milton, MA 02186

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 12/02/03

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | MARCH 12, 2004 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Charles J Reardon | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 6558 So. Pilot Peak Circle West Jordan, Utah

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 13, 2004
             *Date*

*Signature of Server*

2375 W. 5800 So
Roy, Utah 84067   (801) 773-8220
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.