# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

Charles Flaherty,
Valerie Flaherty, individually
and PPA Ethan Flaherty

V.

Spencer Colby and
Pioneer Valley Hospital, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03CV12427 JLT

TO: (Name and address of Defendant)

Pioneer Valley Hospital, Inc.
3460 South Pioneer Parkway
West Valley City, UT

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dino M. Colucci, Esquire
COLUCCI, COLUCCI & MARCUS, P.C.
552 Adams Street
Milton, MA 02186

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 3-10-04 |

| NAME OF SERVER (PRINT) Charles J. Reardon | TITLE Process Server |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service to Chad Toleofoa @ CT Corp, Defendants Registered Agent For Service of Process

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-10-04
                Date

Signature of Server

2375 W. 5800 So
Roy, Utah 84067

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.