```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

VALERIE FLAHERTY,                )
    Plaintiff,               )
  V                              )
SPENCER COLBY,                   )     CA 03-12427-JLT
    Defendant.               )

## PROCEDURAL ORDER

More than 120 days have elapsed since suit was filed and no appearance has been entered by defendant(s).

The Federal Rules of Civil Procedure require an answer or other pleading to be filed within 20 days after service of process. The Court does not permit counsel, by agreement, to extend this time, although an initial motion for extension of time will be liberally considered by the Court in the absence of an objection by opposing counsel.

Accordingly, counsel for plaintiff is directed to:

(1) Notify defendant or defense counsel immediately that he is required to make an appearance or move for an extension of time to do so;

(2) File application for entry of default unless a responsive pleading is filed within 10 days; or

(3) Advise the Court in writing of any good cause why these directions should not be carried out.

Unless appropriate action is taken within 20 days of this date, this case is subject to dismissal for lack of prosecution.

Boston, Massachusetts, this 20TH day of September, 2004.

                                        By ORDER OF THE COURT

                                        /s/

                                        Zita Lovett, Deputy Clerk